UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Carol L. Blais

v. C.A. No. 08-119ML

Michael J. Astrue, Commissioner
Social Security Administration

# ORDER

This matter is hereby referred to Magistrate Judge David L. Martin

for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

ENTER: BY ORDER:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
June 26, 2008

Barbara Barletta
Deputy Clerk