UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CAROL L. BLAIS

v.                                                              CA 08-119 ML

MICHAEL J. ASTRUE,
Commissioner,
Social Security Administration

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's objection to a Report and Recommendation issued by Magistrate Judge Martin on July 7, 2009. Having considered Plaintiff's objection and the Report and Recommendation, the Court finds no merit in Plaintiff's objection. Accordingly, the Court adopts the Report and Recommendation in its entirety. Defendant's Motion to Affirm is GRANTED. Plaintiff's Motion to Reverse is DENIED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
July 22, 2009